**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **DOCKET NO. 08-10071-RGS** |
| | ) | |
| **BRIMA WURIE** | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the defendant BRIMA WURIE.

Respectfully submitted,

*/s/ John Benzan*
John Benzan BBO#555874
P.O. Box 620667
Newton Lower Falls, MA 02462
Tel. (617) 733-7723

Date:   April 7, 2008