UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
08-10071-RGS

UNITED STATES OF AMERICA

v.

BRIMA WURIE

**MEMORANDUM AND ORDER OF DETENTION**

April 8, 2008

DEIN, M.J.

The defendant is charged in an indictment with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1), distribution of cocaine base within 1000 feet of a school in violation of 21 U.S.C. § 841(a)(1) and possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1). An initial appearance was held on April 3, 2008, at which time the government moved for detention on the grounds that the defendant poses a danger to the community, and that detention is warranted under 18 U.S.C. §§ 3142(f)(1)(C), (f)(1)(D) and (f)(1)(E).

A detention hearing was held on April 8, 2008, at which time the defendant was represented by counsel. At the hearing the defendant, through counsel, consented to the entry of an order of detention, without prejudice to his right to reopen the matter to consider conditions of release at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to address the issue of detention, regardless whether there have been changed circumstances.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge