Date: Sept. 11, 2008

*Brima Wurie*
BRIMA WURIE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>)<br>BRIMA WURIE            )<br>    Defendant           )<br>_____) | DOCKET NO. 08-10071 |

## BRIMA WURIE'S AFFIDAVIT IN SUPPORT OF HIS MOTION TO SUPPRESS EVIDENCE SEIZED WITHOUT A WARRANT

I, BRIMA WURIE state the following under the pains and penalty of perjury:

1. On September 5, 2007 I was driving in Boston when I was stopped by the police.
2. Following the stop, the police arrested me and searched me.
3. The police also seized and searched the car I was driving without permission. I did not possess any contraband nor were there any found inside the car.
4. I neither gave my consent to search, nor did I waive any of my federal constitutional rights.
5. Upon my arrest I was taken to the police station where I was photographed, fingerprinted and interviewed regarding my personal information.
6. After the booking process, the police inventoried my personal belongings including my wallet and my cellular telephone.
7. I subsequently found out that sometime afterwards the police searched the computer files in my cellular telephone, specifically the contents of my "address and telephone numbers" file.
8. I also learned the police took my keys and conducted a search with them at the address of the baby's mother, Yolanda Walker.
9. At no time did I waive any of my constitutional rights nor did I consent to any of the seizures or searches conducted by the police in connection with this matter.