# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No.  08-10071-RGS |
| ) | |
| ) | |
| **BRIME WURIE** ) | |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

The government hereby requests that it be allowed to file its Opposition to the Defendant's Motion to Suppress on October 16, 2008. In support of this request, the government states as follows:

1. This Court allowed a joint motion for additional time allowing the defense counsel to file a motion to suppress on August 29, 2008.  At that time, the government requested that it be allowed to file an opposition on September 30, 2008 because the special assistant united states attorney ("SAUSA") was scheduled to begin a two-week homicide trial in Suffolk Superior Court on September 2, 2008 (Commonwealth v. Norgin Baez, 2002-10433).

2. The defendant filed his motion to suppress on September 4, 2008.

3.  The homicide trial was continued by Suffolk Superior Court Justice Fabricant from September 2, 2008, until September 10, 2008 for jury enpanelment. The case in-chief began on September 14, 2008.  This case concluded on September 26, 2008.

4. Due to this unanticipated delay in the Suffolk Superior Court case, the government requests that this court allow it to file its opposition on October 16, 2008.

5. The AUSA spoke with counsel for the defendant, John Benzan regarding this continuance. He assents to the government's request for additional time to file its opposition.

                                  Respectfully submitted,
                                  MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY

                        By:   */s/ GRETCHEN LUNDGREN*
                              GRETCHEN LUNDGREN
                              Special Assistant United States Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3100

                              */S/ JOHN BENZAN*
                              JOHN BENZAN
                              P.O. Box 620667
                              Newton Lower Falls, MA  02462
                              Attorney for Brima Wurie