```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
)
v. ) Criminal No.  08-10071-RGS
)
)
**BRIMA WURIE** )

## GOVERNMENT'S WITNESS LIST

The government anticipates calling in its case-in-chief the following witnesses:

1. Sgt. Det. Paul Murphy, Jr., Boston Police Department
2. Det. Christopher Boyle,  Boston Police Department
3. P.O. Stephen Smigliani,   Boston Police Department
4. P.O. Robert England,   Boston Police Department
5. P.O. Kevin Jones,   Boston Police Department
6. Det. Martin Lydon,  Boston Police Department
7. Kristin Tolan,  Boston Police Department
8. Andrew Reitnauer,  Boston Police Department
9. Special Agent Lisa Rudnicki, Bureau of Alcohol, Tobacco, Firearms and Explosives
10. Special Agent Michael Oppenheim, Bureau of Alcohol, Tobacco, Firearms and Explosives
11. Special Agent Mattheu Kelsch, Bureau of Alcohol, Tobacco, Firearms and Explosives
12. Della Saunders, Department of Public Health State

...

Laboratory

13. Peter Piro, Department of Public Health State Laboratory
14. Diane Barry, Suffolk Superior Court Probation Department
15. Josefina Perez, Dorchester District Court Probation Department
16. Keeper of Records, N-Star
17. Keeper of Records, Registry of Motor Vehicles
18. Keeper of Records, Smith and Wesson
19. Keeper of Records, Clinical Science Laboratory
20. Keeper of Records, Keyspan
21. Keeper of Records, Plymouth County House of Corrections
22. Keeper of Records, RSA Construction
23. Keeper of Records, Eastern Bank
24. Fred Wade
25. Yolanda Walker
26. Maria Silveira
27. Tom Walsh
28. Maureen Walsh

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              UNITED STATES ATTORNEY


                         By:  /s/ GRETCHEN LUNDGREN
                              GRETCHEN LUNDGREN
                              Special Assistant United States
                               Attorney
                              JOHN A. WORTMANN, JR.
                              Assistant United States Attorney
                              One Courthouse Way
                              Boston, MA
                              617) 748-3207
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

                              Gretchen Lundgren

                              Assistant United States Attorney


Date: February 15, 2010