**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                  )
**UNITED STATES OF AMERICA** )
                                                  )
                    **v.**                        )          **DOCKET NO. 08-10071**
                                                  )
**BRIMA WURIE**                              )
            **Defendant**                     )
_____)

---

**MOTION IN LIMINE TO EXCLUDE GOVERNEMTN'S VIDEOTAPE**

---

        Now comes Brima Wurie and respectfully moves this Honorable Court to

exclude from use at trial a videotape taken by investigating officers at apartment 1 at 315

Silver Street in South Boston during the execution of a search warrant.

In support thereof, the defendantt states that the videotape does not depict the actual

search and discovery of the contraband. Rather, the video captures certain items propped

up for better viewing, had been edited, and contains non-relevant and perhaps foul

language.

In addition, the police arranged for better viewing certain items related to the motion

picture "Scarface". A poster of Al Pacino and some type of souvenir box were

prominently displayed for videotaping purposes.

As such, the videotape evidence is more prejudicial than probative and should not be

shown to the jury.

Respectfully submitted,
**BRIMA WURIE**
By His Attorney,


_____/S/_____
John Benzan BBO#555874
P.O. BOX 620667
Newton Lower Falls, MA
02462
Fax: (781) 235-6968
Tel: (617) 733-7723

Date: February 19, 2010