UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

BRIMA WURIE

CRIMINAL No. 08-10071-RGS

SPECIAL VERDICT QUESTIONS FOR THE JURY

February 25, 2010

We, the jury, unanimously find the defendant Brima Wurie as to:

COUNT 1: Felon in Possession of a Firearm and/or Ammunition, 18 U.S.C. § 922(g)(1):

___✓___ Guilty          _____ Not Guilty

COUNT 2: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1):

___✓___ Guilty          _____ Not Guilty

COUNT 3: Possession of Cocaine Base with the Intent to Distribute, 21 U.S.C. § 841(a)(1):

___✓___ Guilty          _____ Not Guilty

I certify that the above are the unanimous answers of the jury.

_____
Foreperson

Dated: 2/25/2010